# AFFIDAVIT

Your Affiant, Gerrod Briggs, deposes and states:

1.      I am a Special Agent (SA) of the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been so employed since March 2015.  I was previously employed as an Explosive Ordnance Disposal Technician in the United States Army beginning in November 2010.  I have attended formal training in the United States Naval School for Explosive Ordnance Disposal, the Federal Law Enforcement Training Center, and the ATF National Academy in Glynco, Georgia.  I have received training in the enforcement of the various criminal statutes enacted in the Gun Control Act of 1968 and in the National Firearms Act of 1934.  I am presently assigned as a Special Agent for the ATF Columbus Field Division's Cleveland Group II.  As an ATF SA, I have participated in numerous federal and state investigations involving the sale, possession, and trafficking of firearms and controlled substances.  Through my participation in these investigations, I have debriefed numerous defendants, confidential informants, cooperating sources, and witnesses with personal knowledge regarding firearms or narcotics trafficking.  I have also participated in undercover operations, conducted physical and electronic surveillance, managed informants and cooperating sources, seized evidence and contraband, executed search warrants, and arrested defendants.  I have also been trained as a Firearms Interstate Nexus Expert by ATF.

2.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 922(g)(1) (Felon in possession of a firearm) and 18 U.S.C. § 922(o) (Possession of Machinegun) have been committed by Sincear **BENNETT.  BENNETT** is a prior convicted felon who is prohibited from possessing firearms

1

and/or ammunition after he was convicted in the Stark County Court of Common Pleas in case number 2021-CR-0939 for Assault (ORC 2903.13(A)(C)(3)) on June 16, 2021.

## PROBABLE CAUSE

3.      On September 23, 2022, Ohio Investigative Unit (OIU) Agents were conducting surveillance on a liquor store (6542 Broadway Ave., Cleveland, Ohio) when they observed Meon'te Robinson (B/M, DOB: 5/21/20XX) exhibiting characteristics of an individual carrying a concealed firearm.  Agents observed Robinson enter the store and emerge a short time later.  After exiting the store, Agents observed Robinson remove a firearm from his pants before getting back into his vehicle.  Agents approached the vehicle, detained Robinson, and recovered a Glock, Model 27, .40 caliber pistol (Serial No. BXSL178) with a fifty (50) round magazine.  Agents found Sincear **BENNETT** (B/M, DOB: 11/23/20XX) in the backseat of the vehicle and on the floorboard where **BENNETT** was seated was a Glock, Model 26, 9mm pistol (Serial No. AGSS312) with a Glock conversion device affixed to the firearm with a thirty (30) round magazine. **BENNETT** was also found to be in possession of a digital scale, a baggy of suspected narcotics (white rock like substance), and a baggy of suspected marijuana.  Suspected narcotics were recovered from the center console of the vehicle.  The vehicle being operated by Robinson was a silver in color Chevrolet Sonic bearing Ohio temporary license plate #P325294.  The Chevrolet Sonic was registered to Quiana Gilbert (B/F, DOB: 5/19/19XX).

4.      The firearms recovered by OIU were test fired, found to be operable, and entered into NIBIN.  The Glock, Model 26, 9mm pistol recovered from **BENNETT** was

found to match of a shooting that occurred shooting at 4301 Green Ct. on September 18, 2022.

5.     On September 18, 2022, a shooting occurred at 4301 Green Ct., Cleveland, Ohio. Victims/witnesses reported a small silver vehicle, possibly a Chevrolet Aveo with a spare tire on the front driver's side conducted the shooting. Officers on scene located two bullet holes in the siding of 4200 Green Ct. and observed two vehicles had also been struck. Officers collected twenty-one (21) 9mm cartridge casings on scene that were subsequently entered into NIBIN. This shooting incident was documented in Cuyahoga County Metropolitan Housing Authority (CMHA) Police Department report #2022-19777.

6.     On December 15, 2022, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent (SA) Gerrod Briggs, and SA Nathan Schwartz interviewed G.S. (known but not identified herein) in regards to a firearm he purchased that was recovered during an Ohio Investigative Unit (OIU) traffic stop.

7.     G.S. stated he purchased the Glock, Model 26, 9mm pistol bearing serial number AGSS312 at Parma Armory on August 3, 2022. G.S. stated he also purchased a Glock Model 19x, confirmed in Multiple Sale Report #M20220372473. G.S. stated he purchased the firearms because he was living at 2797 Buckeye Rd, Cleveland, Ohio. G.S. stated he believed that area to be a violent area and he purchased the firearms for personal protection.

8.     G.S. stated on or about September 10, 2022, he was staying with a friend in downtown Cleveland at the Crittenden apartments. G.S. stated he had placed his Glock, Model 26, 9mm pistol in a backpack with some other items and placed it in his friend's vehicle because he could not take the firearm into the bar they were going to. G.S. later

3

discovered that his friend's vehicle as well as others in the area had been burglarized, and that his backpack had been gone through and his firearm was missing plus his friend's laptop was also stolen.  G.S. stated he did not file a police report because he was concerned that he had a warrant for fleeing and eluding from Richfield, Ohio.

9.     G.S. was able to provide SAs with text messages and screenshots that were timestamped on September 10th indicating his firearm had been stolen.

10.     On November 5, 2022, OIU Agents conducted an investigation in the parking lot of the Shell gas station located at 2625 E. 55th St., Cleveland, Ohio.  Agents observed an unidentified male exit a vehicle and enter the store.  Agents later observed the male returning from the store and identified him as **BENNETT**, known to Agents from his previous arrest. Agents observed **BENNETT** enter the rear passenger seat of a silver Kia Optima bearing Ohio License Plate HJQ1237.  Agents observed **BENNETT** manipulating a tobacco product in the back seat of the vehicle and then throw the trash out of the window onto the ground.

11.     Agents approached the vehicle due to the littering violation and identified themselves as police officers displaying their overt tactical vests and utilizing red and blue emergency lights in their vehicles.  Agents approached the vehicle and told **BENNETT** to show his hands to which he complied.  Agents asked **BENNETT** to exit the vehicle and patted him down for officer safety.  During the pat down, Agent Cesaratto noted a hard metal object in the crotch area of **BENNETT's** pants, consistent with a firearm, and removed a Glock, Model 19, 9mm, Serial No. BDCE558. **BENNETT** was placed into handcuffs and the firearm was secured.

12.     It should be noted that when speaking with OIU Agents on scene **BENNETT** make remarks about his previous arrest with them.  **BENNETT** inquired when he would be receiving paperwork from the court for his charges in the previous

4

[September 22, 2022] case "with the switch."  During **BENNETT's** previous arrest by OIU he was found to be in possession of a Glock, Model 26, 9mm pistol with a machine gun conversion device installed and a high-capacity magazine.  Machine gun conversion devices are commonly called "switches" or a "Glock switch."

## MACHINEGUN CONVERSION DEVICE

13.     In January of 2023, SA Briggs sent the Glock, Model 26, 9mm pistol with the conversion device to the ATF's Firearms Technology Criminal Branch for a Technical Examination.  The Technical Examination would determine if the firearm met the definition of a machinegun as defined in 26 U.S.C. § 5845(a)(6).  Under 26 U.S.C. § 5845(a)(6), a machinegun is defined as "...*any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, **any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun**, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person.*"

14.     On January 10, 2022, SA Briggs received confirmation from the Firearms Technology Criminal Branch that the firearm met the definition of a machinegun as defined under 26 U.S.C. § 5845(a)(6).

## INTERSTATE NEXUS DETERMINATION

15.     Your affiant is a qualified ATF Interstate Nexus Expert and On December 21, 2022, determined that the firearms possessed by **BENNETT** (Glock, Model 26, 9mm pistol,

Serial No. AGSS312 and Glock, Model 19, 9mm, Serial No. BDCE558) were not manufactured in the state of Ohio and thus traveled in interstate commerce to be found in the state of Ohio.

## CONCLUSION

16.    Based upon the above listed facts and circumstances, your Affiant believes and asserts that there is probable cause to believe that on September 23, 2022 and November 5, 2022, **BENNETT** did unlawfully, knowingly possess, a firearm and/or ammunition in and affecting interstate commerce after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. § Section 922(g)(1), and knowingly possessed a machinegun, in violation of 18 U.S.C. § 922(o). The above violations were committed in the Northern District of Ohio, Eastern Division.  Your Affiant requests that an arrest warrant be issued for Sincear **BENNETT**.

Gerrod Briggs, Special Agent
Bureau of Alcohol, Tobacco, Firearms &
Explosives

This affidavit was sworn to via telephone
after submission by reliable electronic
means, per Crim R. 41(d)(3)
on this 13th day of January, 2023 at 1:31 p.m.

Honorable Jennifer Dowdell Armstrong
United States Magistrate Judge

6