**FILED**

FEB 2 3 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:23 CR 0102 |
| SINCEAR BENNETT, | ) | Title 18, United States Code, |
| Defendant. | ) | Sections 922(g)(1), 922(o), 924(a)(2), and 924(a)(8) |

JUDGE LIOI

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about September 23, 2022, in the Northern District of Ohio, Eastern Division, Defendant SINCEAR BENNETT, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Assault, on or about June 6, 2021, in Case Number 2021-CR-00939, in the Stark County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Glock, Model 26, 9mm caliber pistol, bearing serial number AGSS312, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 2
(Illegal Possession of a Machine Gun, 18 U.S.C. §§ 922(o) and 924(a)(2))

The Grand Jury further charges:

2. On or about September 23, 2022, in the Northern District of Ohio, Eastern Division, Defendant SINCEAR BENNETT did knowingly and unlawfully possess a firearm as

1

defined in Title 26, United States Code, Section 5845(a)(6), that is, a machinegun within the meaning of Title 26, United States Code, Section 5845(b), and more particularly described as a Glock, Model 26, 9mm caliber pistol, bearing serial number AGSS312, modified with a machinegun conversion device, a combination of parts designed and intended, for use in converting a weapon into a machine gun, modified to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

COUNT 3
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

3. On or about November 5, 2022, in the Northern District of Ohio, Eastern Division, Defendant SINCEAR BENNETT, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Assault, on or about June 6, 2021, in Case Number 2021-CR-00939, in the Stark County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Glock, Model 19, 9mm caliber pistol, bearing serial number BDCE558, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 4
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

4. On or about February 7, 2023, in the Northern District of Ohio, Eastern Division, Defendant SINCEAR BENNETT, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Assault, on or about June

6, 2021, in Case Number 2021-CR-00939, in the Stark County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Glock, Model 23, .40 caliber pistol, bearing serial number BKFW265, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

5. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 4 are incorporated herein by reference. As a result of the foregoing offenses, Defendant SINCEAR BENNETT shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the federal firearm violation.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.